**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                              **No. 3:24-cr-62-BJB**

**QUANTAVIOUS O'BANNON**

## MEMORANDUM OF CONFERENCE AND ORDER

The parties held a telephonic status conference on August 19, 2024 with Judge Beaton.  Terrie Horton took down the proceedings as the Court's official reporter.  The following counsel participated:

Erwin Roberts for the United States
Patrick Bouldin, standing in for Scott Wendelsdorf, for the Defendant

Based on the discussion during the conference and the status of the proceedings, the Court **ORDERS**:

(1)    At the request of counsel, the Court sets a further telephonic status conference on **October 7, 2024 at 2:00 p.m. Eastern.**  Counsel may connect by dialing 888-363-4734 and entering access code 4268238.

(2)    As authorized by 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), the parties agree and the Court finds the period between August 19, 2024 and October 7, 2024 should be and is excluded from the time within which the trial must commence under the Speedy Trial Act.  The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the Defendant in a more speedy trial, because failure to allow this extension would deny counsel for the Defendant and United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  The Court does not grant this continuance "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government."  § 3161(h)(7)(C).

Copies to:          Counsel of record
                        Probation Office

Court Time:        2 min
Court Reporter:    Terri Horton